# EXHIBIT 4

[Jim Perry][230253]                                                                                    [3/14/2019][Page 1 of 4]

# History and Physical

Patient Name:      Jim Perry              Visit Date:          February 21, 2019
Patient ID:        230253                Provider:            Antoine I. Jabbour, MD
Sex:               Male                  Location:            TBJ Main
Birthdate:                               Location Address:    4802 S 109th E Ave
                                                              Tulsa, OK  741465822
                                         Location Phone:      (918) 392-1400

## History Of Present Illness

Mr. Perry is 60 years old. He is being evaluated today for the left shoulder. The questions I was being asked of his left carpal tunnel syndrome with surgery performed and SLAP tear. I am being asked if this is a correct diagnosis, if it is supported by objective findings, if the length of treatment is appropriate. I am being asked eight questions which I will do my best to reply to.

Mr. Perry stated that he was involved in a motor vehicle accident on around February 23, 2016. He was rear-ended. He was stopped in the car, and the other car hit his large car, and the other car hit his hitch, the other car basically was totaled. He did not go to the emergency room that night. There were slick roads that evening, however, he did go to the emergency room a couple of days later complaining of left neck, left shoulder, and left wrist pain. He was placed on ibuprofen. He has seen a neurologist and a neurosurgeon and it appears that some neck surgery was recommended; however, he stated that he has improved. He also remembers having had a ruptured disk in 2006 in his neck and that improved over time as well. It appears that he also has had left carpal tunnel release around July of 2016 by Dr. Chalkin; however, the patient states that his left hand is the primary problem at this time and he states whenever his left hand flares up he has a shooting pain all the way up to his neck. The last time they saw Dr. Chalkin was around May 24, 2017, for the left hand. This patient has had an MRI of his left shoulder which revealed that he has no rotator cuff tear. He is noted to have degenerative changes of the glenohumeral joint with remodeling of the posterior osseous glenoid. This does not appear to be a traumatic abnormality, this appears to be more degenerative type changes in his left shoulder.

This MRI of the left shoulder was done on February 3, 2017, at Advantage Diagnostic and 3T MRI. I have asked for this MRI to be sent to me and I will get it most likely tomorrow to review.

Mr. Perry also had an MRI of his cervical spine which was done on May 26, 2016, and this revealed again multilevel degenerative disk disease, and the MRI report was read as degenerative changes between C5-C6 and C6-C7, however, no true traumatic abnormalities.

Dr. Chalkin saw Mr. Perry on 05/24/2017. At that time he stated the patient had a partial-thickness cuff tear type 1 SLAP tear, and the patient stated that he felt great while he was taking steroid medication and Dr. Chalkin at that time ordered ANA, sed rate, C-reactive protein, and CBC, and rheumatoid factor, as well as a Lyme disease titer. I could not identify in the medical record if this lab work has been done. There was no mention after that visit if the patient is in need of any type of surgery, or if there are any recommendations from Dr. Chalkin regarding the left hand or the left shoulder.

## Past Medical History

| Disease Name       | Date Onset  | Notes |
|--------------------|-------------|-------|
| Left shoulder pain | 02/21/2019  | --    |

## Medication List

| Name                     | Date Started | Instructions |
|--------------------------|--------------|--------------|
| Eliquis 5 mg oral tablet |              | --           |
| Inhaler                  |              | --           |
| Lipitor oral             |              | --           |

[Digital Signature Validated]

SAFECO_000971

[Jim Perry][230253]                                                                                                              [3/14/2019][Page 2 of 4]

## Social History

| Finding | Status | Start/Stop | Quantity | Notes |
|---|---|---|---|---|
| Full Time | -- | --/-- | -- | - Phreesia 02/21/2019 |
| Married | -- | --/-- | -- | - Phreesia 02/21/2019 |

## Review of Systems

**Constitutional**
- o Denies : fever, weight loss, additional symptoms except as noted in the HPI

**Eyes**
- o Denies : eye pain, changes in vision, additional symptoms except as noted in the HPI

**HENT**
- o Denies : headaches, vertigo, recent head injury, neck pain, neck tenderness, additional symptoms except as noted in the HPI

**Cardiovascular**
- o Denies : chest pain, rapid heart rate / irregular rate, claudication, orthostatic symptoms, additional symptoms except as noted in the HPI

**Respiratory**
- o Denies : shortness of breath, wheezing, cough, sleep apnea, additional symptoms except as noted in the HPI

**Gastrointestinal**
- o Denies : nausea, vomiting, diarrhea, constipation, heartburn / reflux, additional symptoms except as noted in the HPI

**Genitourinary**
- o Denies : possible pregnancy, painful urination, blood in urine, irreregular menstrual cycle, additional symptoms except as noted in the HPI

**Integument**
- o Denies : rash, itching, infections, additional symptoms except as noted in the HPI

**Neurologic**
- o Denies : weakness, numbness, incoordination, tingling or numbness, seizures, tremors, loss of balance, radicular pain, sciatica, tingling in right hand, tingling in left hand, additional symptoms except as noted in the HPI

**Musculoskeletal**
- o Admits : joint pain
- o Denies : joint swelling, muscle pain, limitation of motion, muscular weakness, muscle cramps, back pain, neck pain, additional symptoms except as noted in the HPI

**Endocrine**
- o Denies : frequent urination, weight gain, weight loss, additional symptoms except as noted in the HPI

**Psychiatric**
- o Denies : anxiety, depression, additional symptoms except as noted in the HPI

**Heme-Lymph**
- o Denies : lightheadedness, easy bleeding, easy bruising, additional symptoms except as noted in the HPI

**Allergic-Immunologic**
- o Denies : sinus allergy symptoms, allergic dermatitis, frequent illnesses, additional symptoms except as noted in the HPI

## Vitals

| Date | Time | BP | Position | Site | L\R | Cuff Size | HR | RR | TEMP (F) | WT | HT | BMI kg/m² | BSA m² | O2 Sat | HC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/21/2019 | 03:38 PM | 143/103 | Sitting | | | | 78 - R | | | 227lbs 6oz | 5' 9" | 33.58 | 2.24 | | |

## Physical Examination

On physical examination, the patient complains primarily of his left hand and then his left shoulder. He states that the "left hand trumps the left shoulder pain". He stated the left shoulder pain is only intermittent, it just happens sometimes. He also has some neck stiffness. He has a homestead that is about 60 acres and he has to do a lot of work on it. He states that he has not been happy with his life because of his left hand, denied he is unable to do certain things because of his left hand pain. On physical examination, his left hand wound is healed. He has some stiffness in his left hand. In regards to the left shoulder, he has full forward flexion, full abduction. He has excellent strength on drop arm as well as external rotation. He stated that he feels slight pain over the lateral shoulder region at times. In regards to the neck, he does have neck stiffness. He has a negative Spurling sign, however, he does have more discomfort whenever he turns his neck to the left and laterally bends. However, again although that shoots some pain

[Digital Signature Validated]

SAFECO_000972

[Jim Perry][230253]                                                                                    [3/14/2019][Page 3 of 4]

over the left trapezius region it does not shoot down to the left hand.

Radiographs:
X-rays of the left shoulder revealed that he does have some degenerative changes with a small osteophyte formation along the inferior aspect of the glenoid.

## Assessment

- Left shoulder pain     719.41/M25.512

#1. This patient has degenerative disk disease in his cervical spine.

#2. He has left shoulder pain. This is related more to degenerative changes rather than any traumatic abnormality. There is no rotator cuff tear and there is no true SLAP tear. It appears that he has some degenerative changes at the glenoid. I will review the actual MRI myself when it is brought to me hopefully tomorrow.

## Plan
Orders
o Shoulder Min. 2v - Left (73030) - 719.41/M25.512 - 02/21/2019

The patient is still having left hand pain and he states that that is really the main problem he is having and not necessarily the left shoulder or the neck.

In regards to treatment options for his left shoulder, I do not recommend any further treatment. He has arthritis and he may always have some arthritic pain in his left shoulder, however, at this time he is extremely functional doing extremely well in regards to the left shoulder. The left shoulder minimal pain that he has right now is not related to his accident. This is related more to his arthritis that he has in the glenohumeral joint.

In regards to question 4, I am being asked if the mechanism of injury supports the diagnosis based on both subjective complaints and objective findings. In regards to that question, I am assuming that I am being asked that primarily for the left shoulder and there does not appear to be any traumatic abnormality in the left shoulder from the accident. He has degenerative changes in his left shoulder.

In regards to question #5, I am being asked if there is treatment that is needed for the left shoulder, and I do not recommend any further treatment for the left shoulder since he is extremely functional and since he has preexisting degenerative joint disease. I do understand this patient did not have much pain before this accident; however, at this time his pain in the left shoulder is extremely minimal, it is only intermittent, and it is primarily related to degenerative changes in the left shoulder and not this motor vehicle accident. In my opinion and based on what the patient is telling me, he is not in need of any further treatment on his neck nor his left shoulder since he states that this is something that is much better and he has learned to live with it.

There is no further treatment or diagnostic testing that is necessary for the left shoulder; however, I would like to be able to read the actual MRI myself on the left shoulder as well as seeing the results of the ANA, sed rate, C-reactive protein, and rheumatoid profile testing, as well as Lyme titer. If those truly had been ordered by Dr. Chalkin I could not identify them in the medical record.

In regards to question #8, there is no true causation of the left shoulder arthritis that he has in regards to the motor vehicle accident. His left hand was the primary problem after the motor vehicle accident and not his left shoulder. Even now his left shoulder is not bothering him and this is something that he states is only minimal, only intermittent, and only mild.

[Digital Signature Validated]

SAFECO_000973

[Jim Perry][230253]                                                                    [3/14/2019][Page 4 of 4]

Antoine I. Jabbour, MD

AJ/sg/35922627

Electronically Signed by: Antoine I. Jabbour, MD -Author on February 22, 2019 10:03:24 AM

[Digital Signature Validated]

SAFECO_000974

[Jim Perry][230253]                                                    [3/14/2019][Page 1 of 1]

**Patient Name:** Jim Perry          **Patient ID:** 230253          **Sex:**   Male
**Create Date:**   February 27, 2019
**Title:**   MRI Review          **DocType:**   Dictation Note

I reviewed the actual MRI.

My opinion has not changed in that there is no true causation of left shoulder arthritis in regards to the microvascular. He is not in need of any left shoulder surgery. He no longer needs any further treatment of the left shoulder. He does have preexisting degenerative changes in this left shoulder. Besides, just as I had previously stated that his left shoulder was not bothering him at the time that I saw him, he felt this was only a minimally intermittent and only mild type of a problem.


Antoine I. Jabbour, MD
AJ/pg/35935194

Electronically Signed by: Antoine I. Jabbour, MD -Author on February 27, 2019 12:06:44 PM

[Digital Signature Validated]

SAFECO_000975